**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Edward THOMAS, Defendant–Appellant.**

**No. 03–6639.**

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

James Edward Thomas, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Thomas appeals the district court's order denying his motion to compel the Government to show cause as to why it failed to file a Fed.R.Crim.P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Thomas,* No. CR–97–299–3 (W.D.N.C. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*